AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sanberg, Kathleen H. | U.S. Bankrutpcy Court, District of Minnesota | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

8W U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Catholic Charities of St. Paul and Minneapolis |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | St. Thomas School of Law, Adjunct Professor stipend | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Neighborhood Develoopment Center, Salary |
| 2. | 2013 | Wilderness Inquirty payment |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Minnesota Ret. Plan International Share Acct | | None | | | Closed | 2/04/13 | K | | Transferred to Schwab Acct |
| 2. State of Minnesota Ret. Plan Growth Share Acct | | None | | | Closed | 2/05/13 | J | | Transferred to Schwab Acct |
| 3. State of Minnesota Ret Plan Common Stock Acct | | None | | | Closed | 2/5/13 | L | | Transferred to Schwab Acct |
| 4. Stae of Minnesota Ret Plan Income Share Acct | | None | | | Closed | 2/5/13 | J | | Transferred to Schwab Acct |
| 5. State of Minnesota Ret Plan Bond Market acct | | None | | | Closed | 2/5/13 | K | | Transferred to Schwab Acct |
| 6. State of Minnesota Ret Plan Fixed Interest Acct | | None | | | Closed | 2/5/13 | K | | Transferred to Schwab Acct |
| 7. State of Minn. Health Savings Acct. | | None | J | T | | | | | |
| 8. Leisure Specialists Inc.- shares | | None | N | W | | | | | |
| 9. American Fd Amcap Fund MFAMWM | | None | | | Sold | 2/5/13 | L | | Transferred to Schwab Acct |
| 10. American Fd Cap MFAMCB | | None | | | Sold | 2/5/13 | K | | Transferred to Schwab Acct |
| 11. American Fd Europacific MFAMEP | E | Int./Div. | L | T | Sold (part) | 9/11/13 | K | | |
| 12. American Fd New World MFAMWF | E | Int./Div. | | | Sold | 2/5/13 | K | | Transferred to Schwab Acct |
| 13. Americn Fd WA Mutual MFTMD | E | Int./Div. | M | T | | | | | |
| 14. Hartford Mid Cap Value A MFHTMG | | None | | | Sold | 2/5/13 | K | | Transferred to Schwab Acct |
| 15. Harford Midcap A MFAMCP | | None | | | Sold | 2/5/13 | K | | Transferred to Schwab Acct |
| 16. Oppenheimer Small and MidCap Value Fund C OSCCY | | None | | | Sold | 2/21/13 | J | | Transferred to Schwab Acct |
| 17. Oppenheimer Main Street Select Fund C OMSCX | C | Int./Div. | | | Sold | 2/21/13 | J | | Transferred to Schwab Acct |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Capital Appreciation Fund C OTCFX | C | Int./Div. | | | Sold | 2/21/13 | K | | Transferred to Schwab Acct |
| 19. Oppenheimer Global Fund C OGLCX | B | Int./Div. | | | Sold | 2/21/13 | J | | Transferred to Schwab Acct |
| 20. Oppenheimer International Bond Fund C OIBCX | B | Int./Div. | | | Sold | 2/21/13 | K | | Transferred to Schwab Acct |
| 21. F&B BuildingPartnership | | None | J | W | | | | | |
| 22. Morgan Stanley Money Market Acct--Bank Deposit Program | A | Int./Div. | K | T | | | | | |
| 23. Morgan Stanley IRA Money Market Acct Morgan Sanley | A | Int./Div. | | | Closed | 2/2/13 | M | | Transferred to Schwab acct |
| 24. Windrider International LLC- member LLC | | None | M | T | | | | | |
| 25. Schwab Govt Money Fund | A | Interest | M | T | | | | | |
| 26. Maartin Sprag, contract for deed | D | Interest | | | Matured | 7/1/13 | J | | |
| 27. UBS Financial Services, Money Market, USA Dep Acct | | None | | | Closed | 2/5/13 | J | | Transferred to Schwab acct |
| 28. Schwab Fundamental US Large Co SFLNX (X) | E | Int./Div. | M | T | Buy | 2/5/13 | M | | |
| 29. | | | | | Buy (add'l) | 5/16/13 | J | | |
| 30. | | | | | Buy (add'l) | 7/16/13 | K | | |
| 31. | | | | | Buy (add'l) | 8/16/13 | J | | |
| 32. | | | | | Buy (add'l) | 5/16/13 | J | | |
| 33. | | | | | Buy (add'l) | 9/16/13 | J | | |
| 34. | | | | | Buy (add'l) | 10/16/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 36. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 37. Schwab Fund. SFENX (X) | A | Int./Div. | K | T | Buy | 9/11/13 | K | | |
| 38. Champlain Small Cap CIPSX (X) | | None | K | T | Buy | 5/16/13 | J | | |
| 39. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 40. | | | | | Buy (add'l) | 7/17/13 | J | | |
| 41. | | | | | Buy (add'l) | 8/16/13 | J | | |
| 42. | | | | | Buy (add'l) | 9/11/13 | K | | |
| 43. Diamond Hill Small DHSX (X) | A | Int./Div. | M | T | Buy | 5/16/13 | J | | |
| 44. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 45. | | | | | Buy (add'l) | 7/16/13 | J | | |
| 46. | | | | | Buy (add'l) | 8/16/13 | J | | |
| 47. | | | | | Buy (add'l) | 9/11/13 | K | | |
| 48. Am Fds Was. AWSHX (X) | E | Int./Div. | | | Sold | 9/11/13 | M | | |
| 49. First Eagle Overseas SCOIX (X) | A | Int./Div. | K | T | Buy | 9/11/13 | K | | |
| 50. Goldman Sachs bonds (X) 38143AS22 | A | Int./Div. | L | T | Buy | 2/27/13 | K | | |
| 51. | | | | | Buy (add'l) | 2/27/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Bonds 38143AN2 (X) | A | Int./Div. | L | T | Buy | 2/27/13 | L | | |
| 53. | | | | | Buy (add'l) | 2/27/13 | J | | |
| 54. American Fds Growth GFAFX (X) | A | Int./Div. | M | T | Buy | 2/5/13 | M | | |
| 55. PIMCO Com Real Ret Strat D PCRDX (X) | B | Int./Div. | L | T | Buy | 5/16/13 | J | | |
| 56. | | | | | Buy (add'l) | 9/11/13 | K | | |
| 57. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 58. | | | | | Buy (add'l) | 7/16/13 | J | | |
| 59. | | | | | Buy (add'l) | 7/16/13 | J | | |
| 60. Selected American Shares SLASX (X) | C | Int./Div. | M | T | Buy | 5/16/13 | J | | |
| 61. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 62. | | | | | Buy (add'l) | 8/16/13 | J | | |
| 63. | | | | | Buy (add'l) | 9/16/13 | K | | |
| 64. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 65. | | | | | Buy (add'l) | 12/16/13 | K | | |
| 66. Minnesota St bonds 604129PM (X) | A | Interest | L | T | Buy | 9/12/13 | L | | |
| 67. Chaska Sch Dist Bonds 161681PY1 (X) | A | Interest | K | T | Buy | 10/25/13 | K | | |
| 68. Perham MN Bonds 713788NU (X) | A | Interest | K | T | Buy | 9/11/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Discover Bank Bonds 254671GG (X) | A | Interest | L | T | Buy | 2/27/13 | L | | |
| 70. Mahtomedi MN Bonds 560194QP0 (X) | A | Interest | K | T | Buy | 2/20/13 | K | | |
| 71. Big Lake Minn Bonds 089275JH5 (X) | B | Interest | L | T | Buy | 2/19/13 | L | | |
| 72. Bloomington MN bonds 094797R82 (X) | A | Interest | K | T | Buy | 2/19/13 | K | | |
| 73. Dakota Cnty MN bonds 234096MF9 (X) | A | Interest | K | T | Buy | 2/19/13 | K | | |
| 74. Lake Superior MN bonds 510897DA (X) | C | Interest | L | T | Buy | 2/19/13 | L | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII- Investments and Trusts

In 2013 My husband and I transferred all of our retirement funds to a new broker who invested them over the course of the year.

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 05/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen H. Sanberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544